IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO: 99-6735 CIV-JORDAN
JUDGE: ADALBERTO JORDAN
MAGISTRATE JUDGE: TED E. BANDSTRA

CATHERINE SCHRECK,

Plaintiff,

vs.

RELIANCE STANDARD LIFE
INSURANCE COMPANY,

Defendant.
_____________________________/

Gene D. Lipscher, Esquire
Post Office Box 431
321 Royal Poinciana Plaza, South
Palm Beach, Florida 33480-0431

Joshua Bachrach, Esquire
RAWLE & HENDERSON
One South Penn Square
Philadelphia, PA 19107

**NOTICE OF CONFLICT**

The undersigned files this Notice of Conflict and shows the Court that the following cases in which the undersigned in an attorney of record are set for trial for the period beginning as indicated below:

1. Velasquez v. First Southern, Case No: COCE-99021234-55, Honorable Jerry Pollock, Broward County Circuit Court, specially set for May 10, 2000.

2. 2. Schaum v. Club Nottes, Case No: 94-000706-AE, Honorable James T. Carlisle, Palm Beach County Circuit court, specially set for May 12, 2000.

3.

4. 3. South vs. Eastrich, Case No: 98-016153-05, Honorable Estella M. Moriarty, Broward County Circuit Court, 3 week docket beginning 4/24/00.

4. Saccente vs. Peck, Case No: 98-6091-02, Honorable Leonard Stafford, Broward County Circuit Court, 3 week docket

beginning May 1, 2000.

5. Imondi vs. Defruscio, Case No: 96-4056-02, Honorable Leonard Stafford, Broward County Circuit Court, 3 week docket beginning May 1, 2000.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail to: the above named addressee on this 25th day of April, 2000.

KARMIN & ADLER
Attorneys for Plaintiffs
750 S.E. 3rd Avenue
Suite 200
Fort Lauderdale, Florida 33316
Tel: (954) 768-9060

By: ______________________
CARL S. KARMIN
Florida Bar No: 384127